UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:22-cv-02223-CJC-KES | Date | January 24, 2023 |
|---|---|---|---|
| Title | Theresa Brooke v. Aimbridge Hospitality LLC | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

It is a plaintiff's responsibility to prosecute his action diligently and comply with Court orders. The Court's Order Regarding Prosecution of Certain Cases Under the Americans with Disabilities Act states that "a motion for default judgment must be filed within **10 days of the last entry of default**." (Dkt. **9** [hereinafter the "Order"] at 2 [emphasis in original].) The Order further admonishes that "failure to comply with this Order in a particular case will result in a dismissal for lack of prosecution." (*Id.* at 3.)

The Clerk entered default against the only defendant in this case on **January 11, 2023 (Dkt. 19.)** Although more than 10 days have passed since that date, Plaintiff has not filed a motion for default judgment. The Court therefore **DISMISSES** this action for lack of prosecution.

Initials of Deputy Clerk:        rrp